UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ELLEN WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PLEASANTON, et al.,<br><br>    Defendants. | Case No. 20-cv-08720-LB<br><br>**ORDER REGARDING SERVICE**<br><br>Re: ECF No. 1 |

The plaintiff filed a complaint against the defendants on December 9, 2020. (Compl. – ECF No. 1). Under Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve the complaint and summons on a defendant. That 90 days has expired. *See* Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, the plaintiff has filed no proof that the defendants have been served. (*See generally* Docket.) The court orders the plaintiff to serve the defendants and file proof of service by April 29, 2021 (or show good cause by that date for the failure to serve). Failure to do either of these may result in dismissal of the case without prejudice under Rule 4(m) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 9, 2021

                LAUREL BEELER
                United States Magistrate Judge