JAMES M. BRADEN (State Bar No. 102397)
601 Montgomery Street, Suite 315
San Francisco, CA 94111
Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email: Braden@sf-lawyer.com

Attorney for Plaintiff Ellen Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF PLEASANTON, CALIFORNIA;<br><br>POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA;<br><br>AND THE FOLLOWING INDIVIDUALS:<br><br>KATIE EMMET<br>ANTHONY PITTL<br>BARRY BOCCASILE<br>MICHAEL BRADLEY<br>ARIANNA WELCH FRANGIEH<br>ANITA GIRARD<br>MEGHAN CLAIRE RAMSEY<br>DIANE DEL ROSARIO ESTRADA<br>EMILY NITRO<br>FRANS HIBMA;<br><br>and DOEs, 1 through 100, inclusive,<br><br>              Defendants | **Civil Case No.: 3:20-cv-08720-LB**<br><br>**PLAINTIFF ELLEN WILLIAMS' DECLARATION IN OPPOSITION TO MOTION TO DISMISS**<br><br><br><br>**DATE, TIME, AND DEPARTMENT TO BE DETERMINED AFTER ARTICLE III DISTRICT JUDGE IS ASSIGNED TO THE CSAE** |

I, Ellen Williams, declare as follows:

1.      I am the Plaintiff in this case.  I make this Declaration based upon my own personal knowledge, and if called as a witness I could and would testify as follows.

2.      On November 14, 2019, a Stanford ValleyCare ICU doctor, Dr. Meghan Claire Ramsey, called me at least 4-5 times demanding that I leave work and go to Stanford ValleyCare to have a meeting regarding my husband's situation after a high risk procedure was performed without consent by a blind doctor who cut my husband's femoral artery.  This shocking malpractice  caused him to lose 9 units of blood and rendered him immobile due to a 15.7 x 4.0 x 8.9 cm arterial clot on his right leg, which caused pseudoaneurysm, permanent right leg weakness, poor circulation, and neuropathy that causes his right leg to give out, essentially forcing him ever since then to be wheelchair bound.

3.      When I arrived at approximately 1:30 p.m., my husband was sitting in a broken chair where his injured right leg was about to touch the floor.  He was soaked in urine including his food soaked in urine, completely exposed while the nurses, administration and Dr. Ramsey were outside his ICU room joking and laughing, and the nurses talking about their weekend life.  When I walked in, I was visibly shaken and I threw the food in the garbage, cleaned up my husband as much as I could and covered him up and went outside to ask for help to clean my husband.

4.      One of the nurses, Arianna Welch Frangieh, came into my husband's ICU room, picked up a used wipe that was on the commode soaked in urine, and threw it on my husband's face.  After she literally hit him in the face with the wipe and my husband was upset and crying, she told him, "you're dirty, clean up yourself" and left.  I was very upset by the way Ms. Welch Frangieh treated my husband.  I went outside and asked for help.

5.      This time, another nurse, Emily Nitro, came into the room and threw a clean wipe at my husband's chest and told him, "here is the wipe, clean up yourself" and left.  When I went

outside to get help, Dr. Ramsey and the discharge nurse kept pressuring me to agree and sign a paper to send my husband to a nursing home with a transition to send him to hospice to die. When I refused, they walked into my husband's ICU room and tried to pressure both my husband and me

6.      When Ms. Welch Frangieh was trying to come into my husband's room, I closed the curtain and requested that she not be allowed as I did not like how she battered my husband. I asked for a different nurse.  At this time, Ms. Welch Frangieh pushed me inside the room through the curtain.  I told her to stop being abusive and violent.  The discharge nurse then became very aggressive so I told her to stop as my husband was very upset and I asked her to leave the room.  When Dr. Ramsey was not able to get us to agree to send my husband to hospice to die, she went outside and called the Pleasanton Police hoping to intimidate me.

7.      One of our attorneys, Jonathan Rui, was in the room when the Pleasanton Police arrived.  He went outside my husband's ICU room and spoke with them for about 45 minutes. Mr. Rui then came to the room and told us, "the police officers told me that they were going to be nice to you, is it OK if they come inside the ICU room" and I told him that is fine.

8.      As soon as the four police officers walked into my husband's ICU room, Officers Katie Emmet, Anthony Pittl, Barry Boccasile and Michael Bradley had a negative reaction toward me when they realized that I am a black woman.  Officer Emmett's negative reaction was particularly obvious, prominent, and flagrant.

9.      Within minutes after coming into the room, Officer Emmet gave a nod to the other three officers, all males easily over 250 pounds each.  All four officers jumped me and smashed my face to the ground, choking me, hitting me and twisting my arms in front of my husband in the ICU room even though I neither made nor presented any threat whatsoever.   My hands were empty, I was facing towards the officers, and I was fully cooperative.  The force was so aggressive when they threw me to the ground that they tore my knees in three places,

**20-8720: DECLARATION OF PLAINTIFF ELLEN WILLIAMS**
**IN OPPOSITION TO MOTION TO DISMISS**

damaged my wrists, ankles and my spine, which has now left me with permanent damage and pain.

10.     After they handcuffed me and put me in the police car, Officer Emmet took my handbag from my attorney, searched my handbag and wallet, and took out my license and $1,000 in cash (she never returned the cash).  About 10 or 15 minutes later, she came into the police car and said, "I could not find any criminal records under your name.  It's highly unusual for people of  your race to have no criminal records.  Do you have another name other than your maiden name and married name?" I told her "no".

11.     Then she said, "I'm going to go search your criminal records again".   She then similarly told Officers Bradley and Boccasile: "Hey I couldn't find her criminal records, I am gonna go and search again." Officer Boccasile nodded to indicate agreement with that plan.

12.     During this time, Officer Bradley  and Boccasile started talking to me and wanted to know what was going on.  I was very surprised to hear them ask because they confirmed to me that they just presumed that I am a criminal based on my race and beat me up without knowing the facts.  When they asked me to tell them what happened, I explained to them and they both said, "now we understand why you are upset".  Then Officers Bradley and Boccasile told me that my fate is in the hands of Officer Emmet and that I should beg and plead with her for mercy.

13.     Several long minutes later, Officer Emmet came back and told Officers Bradley and Boccasile, "It's highly unusual for people like her but she has no criminal records.  The only thing I could find is one traffic ticket".  When she came inside the police car, I told Officer Emmet what had happened and that I would like to file a battery report against the two nurses, Ms. Welch Frangieh and Ms. Nitro.

14.     Officer Emmet told me that she will prepare and file needed report.  She then took me to jail.  When she took me out of the car, she intentionally kept twisting my arms from the car to the jail even though I was handcuffed.  When we entered the  Dublin Jail, she demanded that I

**20-8720: DECLARATION OF PLAINTIFF ELLEN WILLIAMS**
**IN OPPOSITION TO MOTION TO DISMISS**

take off my shoes even though my shoes was not a style that could be used as a weapon and had a very small heel.  There were women who were brought after me wearing long and thin high heels, which could be used as a weapon, but none of them were asked to take their shoes off.  Officer Emmet, even though Dublin is not her jurisdiction, kept demanding that I take my shoes off.  When I asked if I could have a slipper since the floor was dirty and there was a needle on the floor, she refused and became more aggressive, continuing to demand that I take my shoes off.  The Dublin officers at the jail were watching her and did not want any part of it.

15.     Eventually a lady saw Officer Emmet's aggressive behavior and went and brought me a pair of orange slippers.  After Officer Emmet turned me over into the Dublin Police Officers custody, she would not leave.  Then the booking officer asked why I was there and said, "you don't look like you belong here" and Officer Emmet stepped in and said, "She is defiant".

16.     When the Dublin officer told me to call and text whomever I need to notify using my own phone, Officer Emmet grabbed my phone and ordered me that I am not allowed to send text and only allowed to make a voice phone call.  The Dublin officer was looking at Officer Emmet in disbelief and told me, "Don't worry, we will make sure that you will be OK".

17.     As the Dublin officer was about to take me to a holding cell, Officer Emmet said, "wait I need to search her hair to be sure she doesn't have any drugs hidden in her hair" and she inspected my hair.  When she did not find anything, the Dublin Officer put me in the holding cell.

18.     Despite Officer Emmet's order to send me to Santa Rita Jail, the Dublin Officers refused to send me there.  They instead and left me in holding cell on the basis, "you are not a criminal, you won't survive in jail".

19.     While I was placed in the holding cell, there was a young White girl in the cell who was brought in because she beat up her boyfriend and chocked him while he was flat on his back.  There also was an Asian lady who was still wearing her four-inches high heels and who

20-8720: DECLARATION OF PLAINTIFF ELLEN WILLIAMS
IN OPPOSITION TO MOTION TO DISMISS

had been arrested because she hit the head and ear of her ex-husband with her cell phone after they left court following a child custody hearing.  Neither of them were told to take their shoes off.

20.     My bail was higher than the two ladies but I posted the required amount at approximately 8:00 p.m.  However, the Dublin Jail officers told me that they could not release me because Officer Emmet had left strict instructions to check all 50 states for criminal records on me.  It took the Dublin Jail almost 10 hours to search all 50 states and I was not released until approximately 5:00 the next morning.

21.     Because the White girl did not have money, I posted her bail as well and retained criminal defense attorney for, which was my own attorney Kellin Cooper.  Mr. Cooper did not believe there would be criminal charges filed against me but he was sure that charges would be filed against the White girl.

22.     The Pleasanton Police Department then called the Dublin Police Department and made a false claim that I was abusing my husband and that they should go to our house in Dublin and check his safety.  The Dublin Police Officers did not believe the call had any credibility so they called my husband at work and spoke with him.  Once they confirmed that the allegation was false, they closed their file.

23.     Soon after this incident, Officer Emmet who knowingly filed a false report on behalf of Ms. Welch Frangieh, forwarded the complaint to the City Attorney's office.  I did absolutely nothing wrong by trying to save my husband from poor treatment and being sent to hospice to die.

24.     The criminal battery charges should have been against the two nurses regarding my husband and the criminal battery charges against Ms. Welch Frangieh for pushing me with her elbow and hands.  Obviously, given Officer Emmet's racist animus towards me, she not only

6

filed an inaccurate report, she believed that my complaint was invalid and did not even bother to write it because she presumed that I am a criminal because I am Black.

25    My criminal defense attorney, Mr. Cooper, called me around December 18, 2019, to express his shock that no charges would be filed against the White girl but that charges were filed against me Penal Code 243 and Penal Code 148 when he was sure that charges would not be filed against me.  The prosecutor refused to dismiss the charges unless I would plead guilty (or no contest) the offenses and accept probation. I would supposedly do this despite the fact that Ms. Welch Frangieh, even according to the false police report made by Officer Emmet, admitted she was not hurt and she did not need medical attention.

26.    But Welch Frangieh has a track record of making false and fraudulent official reports because two months later after she falsely accused me, she filed a fraudulent workers compensation claim regarding this incident. After almost a year of refusing to dismiss the charges, the prosecutor decided to drop the charges but only after she read my husband's CV and learned that my husband is a Yale and Harvard educated medical doctor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true, correct, and complete, and that I executed this Declaration this 21st day of June, 2021, in Dublin, California.

ELLEN WILLIAMS

7