1  Marc G. Cowden SB No. 169391
2  Adam Stoddard SB No. 272691
   SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
3  A Professional Corporation
   1033 Willow Street
4  San Jose, California 95125
5  (408) 288-9700
   Fax: (408) 295-9900
6
7  Attorneys for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey);
   DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA
8  GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; FRANS
   HIBMA, R.N. (sued herein as Frans Hibma)
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11

| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON, CALIFORNIA; POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA; KATIE EMMET; ANTHONY PITTL; BARRY BOCCASILE; MICHAEL BRADLEY; ARIANNA WELCH FRANGIEH; ANITA GIRARD; MEGHAN CLAIRE RAMSEY; DIANE DEL ROSARIO ESTRADA; EMILY NITRO; FRANS HIBMA;<br><br>            Defendants | Case No.: 3:20-CV-08720-WHO<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 12(B)(6)**<br><br>Complaint Filed: December 9, 2020<br>1st Amend. Complaint: April 20, 2021<br>2nd Amend. Complaint: April 21, 2021 |
|---|---|

**TO ELLEN WILLIAMS AND HER ATTORNEY OF RECORD:**

    **PLEASE TAKE NOTICE** that on August 25, at 2:00 p.m., or as soon thereafter as the matter can be heard in Courtroom 2, located on the 17th Floor of the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 12(B)(6) - 1

Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; FRANS HIBMA, R.N. (sued herein as Frans Hibma) (collectively "Defendants") will move the court for dismissal of the Complaint of ELLEN WILLIAMS pursuant to Federal Rules of Civil Procedure 12(b)(6).

Defendants' motion is made on the grounds that Plaintiff has not alleged a single Federal cause of action against Defendants, nor has she met her burden to establish jurisdiction. The cause of action for False Imprisonment is barred by the statute of limitations and FRANGIEH is immune from liability pursuant to Civil Code 47(b). Finally, all the causes of action fail to state facts sufficient to constitute a cause of action. Defendants, therefore, request that the Court dismiss Defendants from this case.

Defendants' motion is based on this notice, the attached memorandum of points and authorities, all the pleadings and papers in this action, and any oral argument that may be entertained by the Court at the hearing on this matter.

Date: July 8, 2021

SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN

By: _____
MARC G. COWDEN
ADAM STODDARD
Attorneys for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; FRANS HIBMA, R.N. (sued herein as Frans Hibma)