Marc G. Cowden SB No. 169391
Adam Stoddard SB No. 272691
SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, California 95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; FRANS HIBMA, R.N. (sued herein as Frans Hibma)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON, CALIFORNIA; POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA; KATIE EMMET; ANTHONY PITTL; BARRY BOCCASILE; MICHAEL BRADLEY; ARIANNA WELCH FRANGIEH; ANITA GIRARD; MEGHAN CLAIRE RAMSEY; DIANE DEL ROSARIO ESTRADA; EMILY NITRO; FRANS HIBMA;<br><br>Defendants | Case No.: 3:20-CV-08720-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Complaint Filed: December 9, 2020<br>1st Amend. Complaint: April 20, 2021<br>2nd Amend. Complaint: April 21, 2021 |

  Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; and FRANS HIBMA, R.N. (sued herein as Frans Hibma) (collectively "Defendants") Motion to Dismiss, came before this Court. Good cause having been shown and after full consideration of the moving papers, supporting documents, and the opposing papers and supporting documents, and after full

[PROPOSED] ORDER GRANTING MOTION TO DISMISS - 1

consideration of all oral arguments made, this Court GRANTS Defendants Motion.  The Court hereby dismisses from this action Plaintiff's Complaint without leave to amend, and further dismisses the claims against Defendants.

**IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED in full, without leave to amend.

**IT IS SO ORDERED.**

Dated:_____            _____
                                           HONORABLE WILLIAM H. ORRICK

[PROPOSED] ORDER GRANTING MOTION TO DISMISS - 2