| | |
|---|---|
| 1 | Marc G. Cowden SB No. 169391 |
| 2 | Adam Stoddard SB No. 272691 |
|   | ZENERE COWDEN & STODDARD APC |
| 3 | 2005 De La Cruz Blvd., Suite 240 |
|   | Santa Clara, CA 95050 |
| 4 | (408) 430-3551 |
| 5 | mcowden@zcslawfirm.com |
|   | astoddard@zcslawfirm.com |

Attorneys for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; EMILY NITRO, R.N. (sued herein as Emily Nitro); THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS (sued here in as THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS, a California Corporation, dba Stanford Health Care – ValleyCare); STANFORD HEALTH CARE (sued herein as STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON, CALIFORNIA; POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA; THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS, a California corporation, dba Stanford Health Care - ValleyCare; STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care - ValleyCare; KATIE EMMET; ANTHONY PITTL; BARRY BOCCASILE; MICHAEL BRADLEY; ARIANNA WELCH FRANGIEH; ANITA GIRARD; MEGHAN CLAIRE RAMSEY; DIANE DEL ROSARIO ESTRADA; EMILY NITRO;<br><br>Defendants. | Case No.: 3:20-CV-08720-WHO<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING)**<br><br>Complaint Filed: December 9, 2020<br>First Amended Complaint: April 20, 2021<br>Second Amended Complaint: April 21, 2021<br>Third Amended Complaint: November 1, 2021<br>Fourth Amended Complaint: March 28, 2022<br><br>Date:  May 10, 2023<br>Time: 2:00 p.m.<br>Location:  Courtroom 2, 17th Floor<br>District Judge William H. Orrick |

NOTICE OF MOTION AND MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING) - 1

**TO ELLEN WILLIAMS AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on May 10, 2023, at 2:00 p.m., or as soon thereafter as the matter can be heard in Courtroom 2, located on the 17th Floor of the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; EMILY NITRO, R.N. (sued herein as Emily Nitro); THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS (sued here in as THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS, a California Corporation, dba Stanford Health Care – ValleyCare); and STANFORD HEALTH CARE (sued herein as STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare) (collectively "Defendants") will move the court for an order of issue, evidence, monetary ($2,925), and terminating sanctions against Plaintiff, ELLEN WILLIAMS, pursuant to Federal Rules of Civil Procedure Sections 37(b)(2) and 41(b).

Defendants' motion is made on the grounds that Plaintiff was expressly Ordered not to have any future direct communications with defense counsel (Dkt. 114); however, she has now willfully and knowingly violated that order. Plaintiff also continues to attempt to obstruct the discovery process.

Defendants' motion is based on this notice, the attached memorandum of points and authorities, the Declaration of Adam Stoddard with exhibits, all the pleadings and papers in this action, and any oral argument that may be entertained by the Court at the hearing on this matter.

///
///
///
///
///
///
///

NOTICE OF MOTION AND MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING) - 2

Dated: March 31, 2023

ZENERE COWDEN & STODDARD APC

_____
MARC COWDEN
ADAM STODDARD
Attorneys for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; EMILY NITRO, R.N. (sued herein as Emily Nitro); THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS (sued here in as THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS, a California Corporation, dba Stanford Health Care – ValleyCare); STANFORD HEALTH CARE (sued herein as STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare)

NOTICE OF MOTION AND MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING) - 3