1
2
3
4
5

Marc G. Cowden SB No. 169391
Adam Stoddard SB No. 272691
ZENERE COWDEN & STODDARD APC
2005 De La Cruz Blvd., Suite 240
Santa Clara, CA 95050
(408) 430-3551
mcowden@zcslawfirm.com
astoddard@zcslawfirm.com

6
7
8
9
10
11

Attorneys for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey);
DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA
GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; EMILY NITRO,
R.N. (sued herein as Emily Nitro);  THE HOSPITAL COMMITTEE FOR THE LIVERMORE-
PLEASANTON AREAS (sued here in as THE HOSPITAL COMMITTEE FOR THE
LIVERMORE-PLEASANTON AREAS, a California Corporation, dba Stanford Health Care –
ValleyCare); STANFORD HEALTH CARE (sued herein as STANFORD HEALTH CARE, a
California corporation, dba Stanford Health Care – ValleyCare);

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14
15

ELLEN WILLIAMS, also known as ELLEN
GIRMA, an individual,

16

Plaintiff,

17

vs.

18
19
20
21
22
23
24
25
26
27

CITY OF PLEASANTON, CALIFORNIA;
POLICE DEPARTMENT OF THE CITY OF
PLEASANTON, CALIFORNIA; THE
HOSPITAL COMMITTEE OF THE
LIVERMORE-PLEASANTON AREAS, a
California corporation, dba Stanford Health
Care – ValleyCare; STANFORD HEALTH
CARE, a California corporation, dba Stanford
Health Care – ValleyCare; KATIE EMMET;
ANTHONY PITTL; BARRY BOCCASILE;
MICHAEL BRADLEY; ARIANNA WELCH
FRANGIEH; ANITA GIRARD; MEGHAN
CLAIRE RAMSEY; DIANE DEL ROSARIO
ESTRADA; EMILY NITRO;

Defendants.

Case No.: 3:20-CV-08720-WHO

**DECLARATION OF ADAM M.
STODDARD IN SUPPORT OF MOTION
FOR SANCTIONS (ISSUE, EVIDENCE,
MONETARY, AND TERMINATING)**

Complaint Filed: December 9, 2020
First Amended Complaint: April 20, 2021
Second Amended Complaint: April 21, 2021
Third Amended Complaint: November 1, 2021
Fourth Amended Complaint: March 28, 2022

Date:  May 10, 2023
Time:  2:00 p.m.
Location:  Courtroom 2, 17th Floor
District Judge William H. Orrick

28

DECLARATION OF ADAM M. STODDARD IN SUPPORT OF MOTION FOR SANCTIONS (ISSUE,
EVIDENCE, MONETARY, AND TERMINATING) - 1

I, ADAM M. STODDARD, hereby declare as follows:

1.     I am an attorney at law duly licensed to practice before the courts of the State of California.  I am a partner in the law firm of Zenere Cowden & Stoddard APC, attorneys of record for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; EMILY NITRO, R.N. (sued herein as Emily Nitro);   THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS (sued here in as THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS, a California Corporation, dba Stanford Health Care – ValleyCare); STANFORD HEALTH CARE (sued herein as STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare). I am familiar with the pleadings, the procedural status, the evidence, and the matters at issue in this case.

2.     On August 25, 2022, Plaintiff was ordered that she was not to communicate with defense counsel and that any future communications would subject Plaintiff to personal monetary or case sanctions by the Court. A true and correct copy of the August 25, 2022 order from the Court (Dkt. 114) is attached hereto as Exhibit A.

3.     On March 29, 2023, while attempting to coordinate Mr. Tom's deposition, defense counsel's legal assistant emailed an amended deposition notice, as well as a remote link to Mr. Tom, and the parties in this case. Plaintiff was obviously not copied on this email; however, her attorney was. A little more than an hour later, Plaintiff took it upon herself to email all defense counsel making false claims and hurling insults. Obviously, because Plaintiff was not copied on the email, she could have only received the email from someone who had forwarded it to her. Mr. Braden therefore forwarded her the email which he repeatedly does when he receives communications on this case. Plaintiff thereafter made a conscious and willful decision to respond to the email, and copy all defense counsel. A true and correct copy of Plaintiff's March 29, 2023 email is attached hereto as Exhibit B.

4.     Mr. Quinlan Tom executed at least 2 declarations that were submitted in this case, he submitted declarations in at least one other case, he served a letter on behalf of Plaintiff and her husband to Defendants facility, he was copied on text messages that Plaintiff herself produced in this case, and on text messages Mr. Rui produced in this case to which the Court has already

ruled are not protected by any privilege. Attached hereto as Exhibit C is a non-exhaustive list of documents which will be used during Mr. Tom's deposition.

5.      My hourly rate for this case $225.00.  I spent approximately 7 hours in preparing this motion, researching relevant issues for same, and obtaining the necessary documents/information to file this motion. Defendants have therefore incurred $1,575.00 to prepare and file this Motion. I further anticipate spending at least 6 additional hours in reviewing Plaintiff's opposition, preparing a reply brief, preparing for the hearing, and attending the hearing on this motion for an additional cost to Defendants of $1,350.00. Defendants therefore will incur a total of $2,925.00 in fees plus the necessary filing costs.

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct, and as to those matters stated on my information and belief, I believe them to be true, and if called upon to testify to the matters herein I can competently testify thereto.

Executed this 31st day of March, 2023 at Santa Clara, California.

_____
ADAM M. STODDARD, ESQ.

# EXHIBIT A

# EXHIBIT A

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    ELLEN WILLIAMS,                          Case No. 20-cv-08720-WHO
8              Plaintiff,
                                              **ORDER RE COMMUNICATIONS**
9         v.
10   CITY OF PLEASANTON, et al.,
11             Defendants.
12
13        Plaintiff Williams SHALL NOT communicate with defense counsel or any defendant to
14   this case (or employees of defendants to this case).  Any such future communications will subject
15   Williams to personal monetary or case sanctions by the Court.
16
17        **IT IS SO ORDERED.**
18   Dated: August 25, 2022
19
20                                            
21                                            William H. Orrick
                                              United States District Judge
22
23
24
25
26
27
28

United States District Court
Northern District of California

# EXHIBIT B

# EXHIBIT B



3/30/23, 8:24 AM    Case 3:20-cv-03720-WHO Document 146-2 Filed 03/31/23 Page 7 of 55 ... Ellen Williams v. City of Pleasanton, Calif...

Adam Stoddard <astoddard@zcslawfirm.com>

## Re: RemoteDepo Invite: Job No. 6350124 | Ellen Williams v. City of Pleasanton, California | Deposition of Quinlan S. Tom @ Wed Apr 19, 2023 9:00am PDT

1 message

**Ellen Elsay** <twmeg@aol.com>                                                      Wed, Mar 29, 2023 at 4:49 PM
Reply-To: Ellen Elsay <twmeg@aol.com>
To: Quinlan.Tom@wbd-us.com
Cc: braden@sf-lawyer.com, sunenas@hotmail.com, noah.blechman@mcnamaralaw.com, astoddard@zcslawfirm.com, mcowden@zcslawfirm.com, Sabrina.Ahia@mcnamaralaw.com, Briana.Waite@mcnamaralaw.com, dpoint@zcslawfirm.com

Hello Quinlan,

Your deposition set for April 19th at 9:00 a.m. is on my federal case against Valleycare and City of Pleasanton related to the police beating. It is not related to Michael's pending state case related to the medical malpractice and intentional torts. Stanford fought hard to get out of the case falsely claiming that they are not related to Stanford Valleycare but they lost. Similarly, they fought hard to have the intentional torts thrown out but they lost so they are very nervous about punitive damages. As a result, Cowden and Stoddard are fishing for dirt because the law and the facts are completely against them. More importantly, at the last hearing, the Judge already indicated that she WILL NOT allow any salacious matters as long as she is the Judge in the case. At the end of the day, Michael has never been sued for malpractice and still has a clear record regardless of all the false allegations. All the salacious unverified and unsubstantiated false allegations have been proven to be false anyway.

In any event, most of the documents they requested in the attached subpoena are objectionable anyway. Furthermore, neither Michael nor I are willing to to waive attorney client privilege. The only two matters to which you can testify as a percipient witness are (1) When you came to Santa Rita Jail to just check on me after the police beat me up and you took pictures of my swollen hands, arms, legs and other body parts, and (2) Dr. Lai telling you, Michael, Carlucci and me on November 12, 2019, that he was blind in both eyes when he did the angiogram on November 6, 2019, and that he had cataract surgery the next day on November 7, 2019. (Please see your letter dated November 20, 2019, which is attached.). Every other communications with you are protected by attorney client privilege.

Thank you,
Ellen

> **From:** Diane Point
> **Sent:** Wednesday, March 29, 2023 3:22 PM
> **To:** James Braden; Noah Blechman
> **Cc:** Adam Stoddard; Marc Cowden; Sabrina Ahia; Briana J. Waite
> **Subject:** Fwd: RemoteDepo Invite: Job No. 6350124 | Ellen Williams v. City of Pleasanton, California | Deposition of Quinlan S. Tom @ Wed Apr 19, 2023 9:00am PDT
>
>
> Coiunsel,
>
> Attached herewith for electronic service please find the following documents:
>
> - **DEFENDANTS' THIRD AMENDED NOTICE OF DEPOSITION BY SUBPOENA AND REQUEST FOR PRODUCTION OF DOCUMENTS AT DEPOSITION, SUBPOENA FOR DEPOSITION - QUINLAN TOM 4/19/23 9AM\**
>
> Also, below is the U.S. LEGAL REMOTE LINK for the deposition.
>
>
> Thank you,
>
>
> **Diane Point**
>
> **ZENERE COWDEN & STODDARD APC**
>
> 2005 De La Cruz Blvd., Suite 240
>
> Santa Clara, CA 95050
>
> Office: (408) 430-3551
>
> Direct: (408) 475-1347
>
> CONFIDENTIALITY NOTICE: Zenere Cowden & Stoddard APC does not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in that format. The contents contained in this e-mail transmission contain information from the law offices of Zenere Cowden &

Stoddard APC which is confidential or privileged. The information is intended to be for the use of the individual or entity named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify us by telephone immediately (408) 430-3551 or by e-mail, and destroy the original transmission and any attachments without reading or saving it in any manner. Thank you.

---------- Forwarded message ----------
From: **Premium Support** <premiumsupport@uslegalsupport.com>
Date: Wed, Mar 29, 2023 at 3:11 PM
Subject: RemoteDepo Invite: Job No. 6350124 | Ellen Williams v. City of Pleasanton, California | Deposition of Quinlan S. Tom @ Wed Apr 19, 2023 9:00am PDT
To: Diane Point <dpoint@zcslawfirm.com>



Thank you for scheduling your RemoteDepo™ event with U.S. Legal Support. The details, along with a link for your event, are outlined below. We recommend testing your connection in advance and logging in at least 15 minutes prior to the deposition to ensure timely connection and commencement of proceedings. In order to preserve privacy, contact information for the witness, if provided, has been included via bcc to this email.

Notice to Witnesses: Please refer to the Notice of Deposition, served upon you by counsel, as to the requirements for your appearance at this proceeding.

RemoteDepo Quick Guide can be found here. **https://uslegalsupport.remotecounsel.com/documents/ usl/RemoteDepo Client Guide.pdf**

**How to Join the Proceeding:**

- Click the link below to join the proceeding from your PC, Mac, iOS or Android device. **http://uslegalsupport.remotecounsel.com/meetings/BegIbSACm7A/join**
- Select "**Join as Participant**" on the far left of the web browser window.

**Proceeding Details:**

- **Case Name:** Ellen Williams v. City of Pleasanton, California
- **Witness Name:** Quinlan S. Tom
- **Job Number:** 6350124
- **Date:** April 19, 2023
- **Start Time:** 09:00 am PDT
- **Meeting ID:** 998-825-11207
- **Password:** 365111
- **Cameo Room:** Room2010

**If you are also joining the proceeding by phone:**

- Dial-in: 646-568-7788
- Meeting ID: 998-825-11207

**Test Your System:**

We recommend testing your connection and system by visiting our **Test Room** at least 48 hours before your event.

**Support:**

If you need assistance at any point during your proceeding, please contact us at remotedeposupport@ uslegalsupport.com or 888-401-9541 and reference the following meeting number: 478226

Connect via video conference system: 162.255.36.11##99882511207#365111

Connect via SIP: 99882511207@162.255.36.11

Please review our terms and conditions of use.

U.S. Legal Support operates in all 50 states and is licensed where required. Nevada Firm Registration # 067F.

**2 attachments**

📄 **2019-11-20 Q. Tom Ltr to R. Shumway Re Dr. Michael Williams.PDF**
325K

📄 **Deposition Subpoena Quinlan Tom 4-19-23.pdf**
1029K

# EXHIBIT C

# EXHIBIT C

JAMES M. BRADEN (State Bar No. 102397)
601 Montgomery Street, Suite 315
San Francisco, CA 94111
Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email: Braden@sf-lawyer.com

Attorney for Plaintiff Ellen Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>Plaintiff,<br>v.<br><br>CITY OF PLEASANTON, CALIFORNIA;<br><br>POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA;<br><br>THE HOSPITAL COMMITTEE OF THE LIVERMORE-PLEASANTON AREAS, a California corporation, dba Stanford Health Care – ValleyCare;<br><br>STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare<br><br>AND THE FOLLOWING INDIVIDUALS:<br><br>KATIE EMMET<br>ANTHONY PITTL<br>BARRY BOCCASILE<br>MICHAEL BRADLEY<br>ARIANNA WELCH FRANGIEH<br>ANITA GIRARD<br>MEGHAN CLAIRE RAMSEY<br>DIANE DEL ROSARIO ESTRADA<br>EMILY NITRO<br><br>and DOEs, 1 through 100, inclusive,<br>Defendants | **Case No.: 3:20-cv-08720-WHO**<br>_____<br><br><br>**DECLARATION OF ATTORNEY QUINLAN TOM IN OPPOSITION TO MOTION TO COMPEL THE USE OF DOCUMENTS PRODUCED BY WITNESS JONATHAN RUI AND COMPEL WITNESS TO ANSWER QUESTIONS**<br><br>**Date: Court Ordered No Hearing Unless and Until the Court Might In Its Discretion Issue a Further Order Setting A Hearing**<br><br>**Time: Not Applicable**<br>**Location: Courtroom 2, 17th Floor**<br>**Judge: Hon. William H. Orrick** |

_____

**Case No. 3:20-CV-08720-WHO**
**Declaration of Quinlan Tom In Opposition to Motion re Jonathan Rui and Privilege**

I, Quinlan Tom, declare as follows:

1.      I am an attorney who is duly licensed by the State Bar of California, and if called as a witness I could and would testify as follows.

2.      On November 14, 2019, I was one of Ellen Williams' attorneys as she was dealing with her arrest arising out of an incident at ValleyCare Hospital.  That afternoon I received a call from Ms. Williams informing me that she was going to be arrested.  At approximately 9 P.M. I went to visit her at the Alameda County Santa Rita Jail facility to discuss what had happened.  I had a short visit with her and she told me that Jonathan Rui was coming.  I began exchanging text messages with Mr. Rui about Ms. Williams' situation and arranging the bail for Ms. Williams.

3.      At that time it was my understanding that Mr. Rui was acting as Ms. Williams' attorney with respect to the arrest, just as I myself was also acting as Ms. Williams' attorney. My understanding was based on the fact that I was aware that he was a licensed attorney and that he had been engaged to provide some attorney services to Mr. Williams' company, Immunogenetics.

4.      Three days earlier, on November 11, 2019, I had gone to ValleyCare Hospital at approximately at 9:30 a.m., where Michael Williams was hospitalized, to discuss legal issues with the ValleyCare medical team and to protect Mr. Williams' interests given the blood clot that had formed in his leg.  I had to leave around 2:30 p.m.  I was told that Mr. Rui was coming.  I talked to Mr. Rui before I left and told him I was glad he was there to take over, I also told him to watch out for what happens with respect to Mr. Williams and to let me know if anything happened or changed.  My understanding was and still is that Mr. Rui was taking over, after my necessary departure, the role of attorney on the scene for Ellen Williams and Michael Williams.

_____

**Case No. 3:20-CV-08720-WHO**
**Declaration of Quinlan Tom In Opposition to Motion re Jonathan Rui and Privilege**

5.      Later that month, on November 22, 2019, I was a participant in a group text with Ms. Williams, Sunena Sabharwal, Jonathan Rui, and Dr. Gene Roland regarding Michael Williams' medical condition and ValleyCare's liability.  It was my understanding that because three attorneys were participating, meaning myself, Ms. Sabharwal, and Mr. Rui, and because issues of legal strategy were discussed, therefore Mr. Rui was participating in his capacity as attorney for Ellen Williams and Michael Williams, and giving them legal advice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 14th day of September 2022 in San Francisco, California.


_____
QUINLAN TOM

_____

**Case No. 3:20-CV-08720-WHO**
**Declaration of Quinlan Tom In Opposition to Motion re Jonathan Rui and Privilege**

WBD (US) 58652142v1

JAMES M. BRADEN (State Bar No. 102397)
601 Montgomery Street, Suite 315
San Francisco, CA 94111
Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email: Braden@sf-lawyer.com

Attorney for Plaintiff Ellen Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PLEASANTON, CALIFORNIA;<br><br>POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA;<br><br>THE HOSPITAL COMMITTEE OF THE LIVERMORE-PLEASANTON AREAS, a California corporation, dba Stanford Health Care – ValleyCare;<br><br>STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare<br><br>AND THE FOLLOWING INDIVIDUALS:<br><br>KATIE EMMET<br>ANTHONY PITTL<br>BARRY BOCCASILE<br>MICHAEL BRADLEY<br>ARIANNA WELCH FRANGIEH<br>ANITA GIRARD<br>MEGHAN CLAIRE RAMSEY<br>DIANE DEL ROSARIO ESTRADA<br>EMILY NITRO<br><br>and DOEs, 1 through 100, inclusive,<br>Defendants | **Case No.: 3:20-cv-08720-WHO**<br>_____<br><br>**DECLARATION OF ATTORNEY QUINLAN TOM IN OPPOSITION TO MOTION TO COMPEL THE USE OF DOCUMENTS PRODUCED BY WITNESS JONATHAN RUI AND COMPEL WITNESS TO ANSWER QUESTIONS**<br><br>**Date: Court Ordered No Hearing Unless and Until the Court Might In Its Discretion Issue a Further Order Setting A Hearing**<br><br>**Time: Not Applicable**<br>**Location: Courtroom 2, 17th Floor**<br>**Judge: Hon. William H. Orrick** |

_____

**Case No. 3:20-CV-08720-WHO**
**Declaration of Quinlan Tom In Opposition to Motion re Jonathan Rui and Privilege**

WBD (US) 58652142v1

I, Quinlan Tom, declare as follows:

1.      I am an attorney who is duly licensed by the State Bar of California, and if called as a witness I could and would testify as follows.

2.      On November 14, 2019, I was one of Ellen Williams' attorneys as she was dealing with her arrest arising out of an incident at ValleyCare Hospital.  That afternoon I received a call from Ms. Williams informing me that she was going to be arrested.  At approximately 9 P.M. I went to visit her at the Alameda County Santa Rita Jail facility to discuss what had happened.  I had a short visit with her and she told me that Jonathan Rui was coming.  I began exchanging text messages with Mr. Rui about Ms. Williams' situation and arranging the bail for Ms. Williams.

3.      At that time it was my understanding that Mr. Rui was acting as Ms. Williams' attorney with respect to the arrest, just as I myself was also acting as Ms. Williams' attorney. My understanding was based on the fact that I was aware that he was a licensed attorney and that he had been engaged to provide some attorney services to Mr. Williams' company, Immunogenetics.

4.      Three days earlier, on November 11, 2019, I had gone to ValleyCare Hospital at approximately at 9:30 a.m., where Michael Williams was hospitalized, to discuss legal issues with the ValleyCare medical team and to protect Mr. Williams' interests given the blood clot that had formed in his leg.  I had to leave around 2:30 p.m.  I was told that Mr. Rui was coming.  I talked to Mr. Rui before I left and told him I was glad he was there to take over, I also told him to watch out for what happens with respect to Mr. Williams and to let me know if anything happened or changed.  My understanding was and still is that Mr. Rui was taking over, after my necessary departure, the role of attorney on the scene for Ellen Williams and Michael Williams.

_____

5.    Later that month, on November 22, 2019, I was a participant in a group text with Ms. Williams, Sunena Sabharwal, Jonathan Rui, and Dr. Gene Roland regarding Michael Williams' medical condition and ValleyCare's liability.  It was my understanding that because three attorneys were participating, meaning myself, Ms. Sabharwal, and Mr. Rui, and because issues of legal strategy were discussed, therefore Mr. Rui was participating in his capacity as attorney for Ellen Williams and Michael Williams, and giving them legal advice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 14th day of September 2022 in San Francisco, California.

_____
QUINLAN TOM

_____

**Case No. 3:20-CV-08720-WHO**
**Declaration of Quinlan Tom In Opposition to Motion re Jonathan Rui and Privilege**



2:05:58 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 24.jpeg

This is my beautiful mother who raised me and my sibilants well

2:06:02 PM

Siblings well

2:06:21 PM



2:08:45 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 25.jpeg

This is my sister who is a medical doctor

2:08:45 PM



2:09:41 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 26.jpeg

Here is my other sister who is a doctor

2:09:42 PM

Doesn't look violent to me

2:09:51 PM

Oh finally my husband taped a video as the incident happened showing the staff happy and laughing
No evidence of fear or apprehension
The tape also shows that I was calm and not resisting arrest

2:11:34 PM

https://vimeo.com/340553906

2:16:47 PM

On a good note Michael they did revise the landscaping of our house  ....  here it is
The architects want to add a second elevator on the left side to make it easier for you but that will be decided later

Yet again this does not look like someone who likes to sit on urine and feces

Hopefully you low life's , valley care people with fake borrowed Stanford logo, have learned that honestly is always the best policy  .

2:16:47 PM

When we had went in to see him in the morning before the CNA left the room he had asked Dr Williams when the last time he had a bowel movement and he told them yesterday and then a couple minutes later he had to pee so I called the nurse in to help him and then that's when everything happened But when dr Williams had showed me and Maria his hematoma I didn't see any urine or feces on him or around him

2:28:33 PM

This is a statement from Melanie about the false documentation on  11/15/19 at 8:48 am
Both Maria and Melanie were in the room with him and I was on the phone Then Maria told the nurse to help him that he needs to pee after they failed to come to the room and that is when they called code gray when there was no combative person

2:31:25 PM

The only thing that is allowing us to fight these low class ethically challenged and morally bankrupt idiots is our education and brain . I feel so bad for the average person. If a well connected well educated doctor could be treated in this manner I cannot imagine how they treat other

2:33:39 PM

Even on video when he keeps asking for help they ignore him

2:34:05 PM



2:45:23 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 27.jpeg



2:45:23 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 28.jpeg

Here is a police officer who was taking my handbag without permission then later downstairs the female police office opened it and looked inside without permission and  $1,000 was missing from my wallet
The attorney has to follow outside and fight them to get my purse back

Handcuffed like violent criminal just because of my race with no threat or weapon ... oh excessive force

2:45:23 PM



2:54:11 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 29.jpeg



2:54:11 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 30.jpeg

Here is the nurse who threw wipe at my husband's face and told him to clean up himself and the manager Fran after they took me clapping his face expressing his happiness
No evidence of apprehension

Well Monica now you know the difference with your on line degree and real education
The former creates lies that is easily refutable and acts like a street thug and the later fights using knowledge within the law
Hope you get some real education rather than your worthless on line degree
On line degree is for dummies and lazy people

2:54:11 PM



4:19:37 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 31.jpeg

This one is the other disgusting pig who threw a used wipe at my husband that was sitting next to the sink and told him to clean himself . Then when I asked her if she is not concerned about infection and contamination she said "we have wipes for that" it did not bother her at all . This one stinks like horse when you get close to her and for her to be so nasty to my husband killed me . If I am violent and aggressive

4:19:37 PM

trust me I would done something but I did not. How is that for self control ?

I cannot wait until my husband gets home, gets better and sue the hell out of everyone who abused my husband including all the nurses and the doctors the CNO entire administration except Joe Carlucci

https://www.thecardiologyadvisor.com/home/decision-support-in-medicine/cardiology/femoral-arterial-access-and-complications/

4:51:32 PM

Read this

Femoral arterial access should not be used if "Inability to lie supine for the duration of the procedure (patients with chronic back pain, heart failure, chronic obstructive pulmonary disease, etc.)"

In addition to having no family history of heart disease, no heart disease, no cholesterol problem, no diabetes, no evidence of clogged artery, decision maker telling the doctor not to do angiogram, outside cardiologist saying he dies not need angiogram, a 65-66 year old with blurry vision did it over the injection and the standard of practice is not to do it on patients with heart failure and back problem

See you uneducated ACNO instead of rushing to set us up for false allegation and ordering solitary confinement, the decent thing to do would be to immediately call a family meeting, apologize about all the missteps and focus on getting him better and giving him quality of care rather make us fight for basic care while my wonderful husband with class, intellect and integrity is being forced to lay on his back like a beached whale. St the very least you should have known the importance of physical and occupational therapy to get him better. Instead he had real therapy on 11/15.

4:51:32 PM

A simple human decency would have resolved all this. Now I am going to put you on the witness stand and humiliate you and expose you about your on line degree that you fooled everyone into thinking you have a real BSN and Masters degree

Ramsey - I cannot wait until her deposition

At least Dr . Lai admitted making some mistakes and that Angiogram not being necessary in front of my husband's attorney . As angry as I was at him , when one of the attorney kept interrogating him the human and decent side of me told Dr . Lai to not answer any question because the attorney is trying to use it against him . Joe Carlucci heard the whole conversation. I want to fight the right way not with tactics . Yet after you wronged my husband over and over you treat him like a filthy human waste . Unbelievable.

For the record I am documenting and at the same time exercising my right to Freedom of Speech . It is in the 1st Amendment of your American Constitution

5:08:39 PM

Don't bother sending me useless threatening letter again which I will construe as harassment and intimidation tactic

5:09:15 PM

I got the security guard letter by FedEx . Obviously it was written by some low level attorney for him but he did not sign it . A person who knows how to write a letter , ie educated person, knows the letter needs to be signed before it goes out .
Boy incompetency is everywhere at valley care

5:18:54 PM



5:41:14 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 32.jpeg

Thud us the most insulting statement "pt sitting in urine and was educated on the risk of skin breakdown and infection" a Yale and Harvard educated doctor needs education from a 2 year college nurse about this ? This is scary how they falsify record . At the same

5:43:25 PM

time they keep doing themselves in about credibility .

What all visitors witnessed and what we heard is totally the opposite . He requesting them to come and the nurses ignoring him or taking their time

5:46:29 PM

Michael are you Ok ? Multiple people tried to reach you but your phone has been off. Please respond . I called you tones of times your phone is off . Please text that they did not push you over and caused you to bleed ? I sent Sokea and Chan they are on their way to see you to be sure that they did not harm you . Please respond .

6:31:13 PM

Quinlan
Hold off on the injunctive relief . Lylee last night went and they allowed her . They just allowed Sokea and Chan just now.
He said he could not find his phone .

7:02:23 PM

**Monday, November 18, 2019**

Elleen Elssa   (+1 (310 ) 270 -7194 )



7:31:58 AM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 33.jpeg

"Wife argumentative" false . Dr. Go asked my husband if he wants a cardiologist to follow him or if he wants hospitalist to follow him . Obviously a hospitalist who cannot read lab report accurately and tells a patient creatinine is 1.8, a hospitalist who tells a patient 55% ejection fraction is abnormally low, a hospitalist who argues for  2 hours on  11/16 am to discharge a patient on that date and after distressing patient and family only to come in the afternoon and say the patient is not medically ready to be discharged is not , in my opinion , qualified to handle cardiology speciality without any training . The hospitalist is only interested in getting the patient in

purpose of getting higher bonus . The hospital is only interested the maximum amount it will make based on DRG. The hospital employed doctor is only interested him the RUV . So in light of what had transpired , I am supposed to say yes ma'am and expose my husband to more danger ?

I told Dr. Go as the decision maker for my husband he needs qualified cardiologist . He wanted to dump him on the three least qualified with not good training and I told her there were 8 cardiologist at the real Stanford who would have taken my husband as a transfer but Dr . Lai went directly to Dr . Yeung and has him blocked . Valley Care has one competent cardiologist who left and the other one is Dr . Chen. She repeatedly refused to call him for consult claiming he has no obligation . I told her her obligation is to call him for a consult to see a patient and the right to choose by whom to be treated belongs to the patient not the hospitalist . She kept making up all sorts of lies to prevent Dr . Chen from doing cardiology consult for my husband. She kept pushing the least qualified worse than Dr . Lai and I said those are not acceptable . She then claimed his training is electrophysiology . I told her that is his area of interest which also includes cardiology but his training , speciality and board certification is cardiology . She Still refused to call Dr . Chen consult . She wanted the least qualified with not that good of training so that they can cover up what was done . The well trained always tell the truth and focus on getting the patients better whereas the lower qualified engage in unethical practice . Thus is a well know practice in medicine . So why should I be threatened and pressured into agreeing to three cardiologists two trained in India and one in Burma when my husband is an American ? He is paying for his insurance , it is his body , the tight to choose belongs to him , your incompetent cardiologist almost killed him so why does my American husband has to be treated by third world country educated cardiologist ? Explain that to the Jury .

Obviously the discharge woman who falsifies records does not even know her job. Her job is to be sure that the patient is ready to be discharged and there is proper continuity of care so

7:31:58 AM

and cost the hospital money .
Quinlan when you take this woman's
deposition I need you to go at her like
there is no tomorrow . She also has a
very bad explosive temper . You should
have seen her on Thursday 11/14.

Michael - there is concern that your
CHF induced by bacterial pneumonia is
not managed properly . Until you get
released from solitary confinement on
Saturday , Hopefully they will permit Dr
Chen to do consult today .
By the way this morning a visitor was
turned away . Apparently the problem is
downstairs when they come in . They
allowed Lylee and Sokea because
there was nobody at the front
downstairs when they came to see you
or did not pay attention to them .

10:40:03 AM

Attorneys
Dr Go did not like the documentation I
made and today is supposed to be her
day off and she is in his room
harassing him and threatening to have
him handcuffed and hindering care

10:41:10 AM

Yesterday we were on the phone when
he told her about his cigars and she
told him she refers he uses nicotine
gum even though he never smoked and
nicotine gum is for smokers to be used
for 6 weeks. She insisted nicotine gum
now she is telling him he is hindering
care

10:42:48 AM

Dr Roland  you might be right about
bleeding
We have been asking for ultrasound
and they refused . Today his
hemoglobin dropped from  8.9 to 8

11:05:13 AM

Now they decided to do ultrasound

11:05:25 AM

As soon as attorneys Quinlan Tom and
Jonathan Rui got on the phone she
changed her tone claimed " I am here
to check the hematoma and check
your heart" and toned down her voice
but she pressed his buttons on
purpose. She pressed his buttons and
then told him she will be back in   4
minutes

11:08:04 AM

Here is a perfect example of pushing out patients before they are well and they keep going back and forth . They pushed to discharge from 11/14 to 11/16 then in the afternoon he is not medically ready to be discharge and now Hgb is 8. If Ramsey had not refused to order ultrasound for a week maybe this panic today about hgb dropping from 8.9 yesterday to 8 today could have been avoided.

11:34:32 AM



Dr. Roland  (+1 (858) 442-8863)

Below 8 is dangerous from my perspective. There are many variables but this is dangerous .  Will increase pulse rate again .  Maybe spike bp . Could the defect in his artery reopened?   Thigh bigger?   Etc . Dropping Hb  is not good ...as yu know

12:08:21 PM



Elleen Elssa  (+1 (310) 270-7194)

We don't know if thigh is being measured since he is in solitary confinement
Lylee is not in medical field although smart Harvard grad
Sokea was in LA this week and was exhausted last night so she did not check
Michael says thigh still looks like elephant leg

12:18:55 PM

They will not allow any of his medical doctor friends to visit to prevent witnesses

12:19:44 PM



Dr. Roland  (+1 (858) 442-8863)

There are no other options .  ?They cannot keep him captive ...

12:20:44 PM

Elleen Elssa  (+1 (310) 270-7194)

The problem is they had him blocked from going to UCSF or the real Stanford in Palo Alto  ... now I know the reason.. they don't want competent doctors to opine

I hired a private ambulance they refused to let the ambulance come on the premises

They have no ties to Harvard .. Harvard wants him there but Michael is scared to fly to Boston
Too far

12:23:06 PM



12:28:10 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 34.jpeg

Here is a note from their star intensivist Ramsey who set me up on Thursday and was pressuring Michael to have a different decision maker . On 11/15/2019 she said " ..no need for inpatient monitoring at this time" with improper cardiology monitoring and without even knowing the the size of hematoma and his HGB stabilizing After exhaustive fight from Wednesday to Saturday they agreed to keep him

12:28:10 PM



12:29:09 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 35.jpeg

Here is a note with aggressive behavior but PT says behavior is otherwise

12:29:09 PM



12:29:27 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 36.jpeg

Here is another one who concludes behavior is otherwise

12:29:27 PM



12:30:06 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 37.jpeg

Here is a fake appointment Michael knew nothing about and it says pt canceled .

12:30:06 PM

There is difference between aggressive behavior and getting upset after misstep one another and failure to understand basic elements of internal medicine . Nobody will be happy under the circumstances but the patient is smart doctor so he is fighting to live instead of Valleycare killing him

12:31:57 PM

Quinlan urgent urgent

Michael is in danger
Chuck Roland you were tight brim the beginning
On Saturday dr go keep arguing that the ultrasound showed  6.2 on 11/9 and 9.4 on 11/10 because of technique
She said it is smaller
The so called star Ramsey says it is smaller that she examined it and we don't know what we are talking about
The vascular surgeon Avies that Dr Yeung sent the same

2:05:38 PM



2:06:21 PM

Elleen Elssa , Dr. Roland, +1 (650) 278-2619, Elssa \attachment 38.jpeg

Then why did it grown from  6.2 x 3.5 on
11/9 to 10.8 x 5.7 on 11/18

I am argumentative and aggressive and
my husband is aggressive  ...  wonder
why

2:08:05 PM

By the way Quinlan I spoke with   16 of
the top cardiology centers in the
country

Case western reserve
Cleveland clinic
NYU Presbyterian Columbia
Mayo clinic
Johns Hopkins
Northwestern
Yale
Mass General
University of Michigan
Brigham and Womens
Washington University in St Louis
University of Pennsylvania
UCLA
Keck USC
Cedars Sinai
UCSF

2:14:36 PM

Not one agrees with Michael being at
valley care . They all say that if he is to
be saved, he must immediately be
transferred to tertiary center

Quinlan keep this list
All have been conflicted out for
litigation

He I bleeding exactly like you said
chuck  hgb went sien to   7.6

2:20:42 PM

Chuck that was a mistake

2:21:12 PM

8.9 on 11/17
8 on 11/18 6 am
8.9 on 11/18 12.16 pm

2:22:28 PM

Hgb is ok but hematoma grew

2:23:00 PM



I question about the HGB
The 8 might be a mistake

2:25:27 PM

Dr. Roland  (+1 (858) 442-8863 )

They need to find out if his femoral artery is closed or leaking . Hb is an indirect measure ...
yes . He needs a real hospital with real experts

2:48:41 PM

Elleen Elssa   (+1 (310) 270-7194 )

They are not listening
They don't want real competent doctors for fear of their negligence and missteps being exposed . They would rather mentally break him , risk amputation and death than transferring him to competent hospital .

Everything is a fight with them and then they claim we are aggressive blah blah blah

One doctor only apologized "I am so sorry for all these you have to go through" and the next day after advice from administration and attorneys she cane back and said "let me clarify about my apology yesterday . I meant sorry for you being in hospitals not for the femoral artery puncture and what you had to go through"

2:55:00 PM

He is laying in feces
security guard outside
10 minutes calling no response from nurse
After 10 minutes nurse just came
Now they will document he refused

3:00:35 PM

Michael Williams    (+1 (415) 290-2209 )

Thank you

4:21:27 PM

Elleen Elssa   (+1 (310) 270-7194 )

His occupational therapy abruptly suspended
It was just started on Friday
Physalis therapy just came today only walked him which he can do with a nurse but no real physical therapy

5:13:52 PM

When he asked why it was stopped they said they have to pay the Therepist they can't afford to pay them

5:14:46 PM

So no occupational therapy today and no real physical therapy today other than following him when he walked

5:15:40 PM



000179-000202

**Friday, November 22, 2019**

+1 (650) 771-8525

4:59:20 PM

Elleen Elssa   (+1 (310) 270-7194)

5:05:53 PM

Quinlan Tom   (+1 (510) 316-6249)

5:06:53 PM

Elleen Elssa   (+1 (310) 270-7194)

5:07:21 PM

5:08:29 PM



5:23:50 PM

Elleen Elssa, Dr. Roland, Quinlan Tom, Elssa Attor \attachment 1.jpeg

5:23:50 PM



6:24:25 PM

6:24:51 PM

Quinlan Tom  (+1 (510) 316-6249)

6:25:06 PM

Elleen Elssa  (+1 (310) 270-7194)



7:06:44 PM



**Saturday, November 23, 2019**

Elleen Elssa  (+1 (310) 270-7194)



5:57:18 PM



5:57:40 PM

Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 2.jpeg



6:17:43 PM



6:24:28 PM

6:30:01 PM

**Sunday, November 24, 2019**

Elleen Elssa   (+1 (310) 270-7194)

12:15:09 PM

+1 (650) 771-8525

12:16:34 PM

Elleen Elssa   (+1 (310) 270-7194)

12:17:22 PM

12:20:00 PM

12:20:31 PM

12:23:52 PM

12:30:27 PM

12:36:33 PM

12:42:08 PM

12:42:08 PM



12:54:01 PM

Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 3.jpeg



12:56:13 PM



1:07:46 PM

1:40:11 PM

Dr. Roland  (+1 (858) 442-8863)

1:46:13 PM

1:51:06 PM

Elleen Elssa   (+1 (310) 270-7194)

1:52:33 PM

1:52:51 PM

Dr. Roland  (+1 (858) 442-8863)



1:54:56 PM

Elleen Elssa   (+1 (310) 270-7194)

2:35:13 PM



2:36:22 PM



2:37:20 PM



2:38:56 PM



2:40:34 PM



2:40:42 PM



2:44:53 PM



2:48:41 PM







4:56:24 PM

5:39:41 PM

5:40:29 PM

Dr. Roland  (+1 (858) 442-8863)

6:40:18 PM

Elleen Elssa   (+1 (310) 270-7194)

7:19:58 PM

7:21:37 PM

Dr. Roland  (+1 (858) 442-8863)

7:24:29 PM

Elleen Elssa   (+1 (310) 270-7194)



7:25:26 PM



Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 6.jpeg

Dr. Roland  (+1 (858) 442-8863)



7:32:24 PM

7:33:10 PM

Elleen Elssa  (+1 (310) 270-7194)

7:38:00 PM



7:47:49 PM

Elleen Elssa, Dr. Roland, Quinlan Tom, Elssa Attor \attachment 7.jpeg

7:47:50 PM

7:47:50 PM

9:27:34 PM

9:29:47 PM

Elleen Elssa, Dr. Roland, Quinlan Tom, Elssa Attor \attachment 8.mov

9:29:47 PM

Jonathan I am going to get a
restraining order unless you tell your
friends to stay away from him
They can steal his money when he
gets well but not now

9:50:30 PM

Ed the guy who took   $100,000 was
here today
Look what I found

9:50:59 PM



9:51:55 PM

Elleen Elssa , Dr. Roland, Quinlan Tom , Elssa Attor \attachment 9.jpeg

What the hell is he doing here bringing whisky
Trying to get him drunk and get him to sign?

9:51:56 PM

+1 (650) 771-8525

9:54:09 PM   Which of my friends ?



Elleen Elssa   (+1 (310) 270-7194 )

I think it is the Ed
Ed was the one who was here

9:55:42 PM

I think this is the time to consider moving to Boston away from this craziness

9:56:40 PM

+1 (650) 771-8525

9:57:13 PM   He does a radio show . Don't know him that well . Got introduced to him through Mike recently

Elleen Elssa   (+1 (310) 270-7194 )

You know what he did
He was here asking for more money
Then when they said discharge today he had Michael call me and said he is leaving within 5 minutes

9:57:50 PM

You are fool of it

9:58:01 PM

You knew him before Michael knew him
Cut the nonsense
Either way tell this SOB to stay away from my husband

9:58:36 PM



+1 (650) 771-8525

Well, if you say he is my friend, then he's my friend, that's fine.

9:59:22 PM



Elleen Elssa   (+1 (310) 270-7194)

Out of respect for Michael I will not call Ed but he needs to stay away
Please Jonathan tell him to stay away

9:59:42 PM

Tell him the truth
I found whisky that he brought and I am not happy
He is also one of Chris's best friend

10:00:31 PM

He will be home by Wednesday anyway so none of them are allowed in my house
This recovery is long and I am the one who will be driving him
First thing in the morning I am calling his true friends in Boston to get input

10:11:15 PM

+1 (650) 771-8525

I was hiking all afternoon. Happy to show you my phone record for the last two years. Do not think there is even one record of me ever talking with Ed

10:12:00 PM

Elleen Elssa   (+1 (310) 270-7194)



10:12:21 PM

Elleen Elssa, Dr. Roland, Quinlan Tom, Elssa Attor \attachment 10.jpeg

Louisa Le Dresser
The hospitalist who is conspiring with Lai

10:12:22 PM

Relax you are a good guy

10:12:29 PM

+1 (650) 771-8525

Did receive a 925 area code call, but no answer when I tried to call back

10:13:13 PM



Elleen Elssa   (+1 (310) 270-7194)

Bringing alcohol at a time when he is
on lasix and fluid restrictions
At a time when his liver enzymes are
elevated
What a scumbag

10:14:42 PM

Michael Williams   (+1 (415) 290-2209)

I find it necessary to interrupt this
conversation because I know exactly
what is going on…

11:34:00 PM

Last week Dave Acharya brought me
nuts soak in not only gentleman Jack ,
but also , separately , cashews , soaked
in McAllen  18

11:34:32 PM

Both these actions were at my
request… I requested them of people I
knew would be discreet… In fact

11:35:07 PM

Yeah yeah yeah I know I need to be
more judicious in my use of the
Internet…

11:35:28 PM

Elleen Elssa   (+1 (310) 270-7194)

Right Michael
I was born yesterday

11:35:36 PM

I am fighting to keep you in hospital
and violating the rules is not wise

11:36:11 PM

Michael Williams   (+1 (415) 290-2209)

Well that gives me an opening… That I
was bar in Saint Vincents hospital in
Little Rock Arkansas on November   6,
1946…

11:36:17 PM

Elleen Elssa   (+1 (310) 270-7194)

Why don't you move in with them let
them take care of you

11:36:42 PM

Michael Williams   (+1 (415) 290-2209)

It is never wise to violate the rules
unless the violation of the rules leads
to a better outcome I do believe that I
am not necessarily correct in this
matter at this time however…

11:36:49 PM



**Elleen Elssa** (+1 (310) 270-7194)

I am more than happy to walk out of
your life now and move back to LA
I would do it tomorrow

11:37:28 PM

**Michael Williams** (+1 (415) 290-2209)

No I don't want to move in with
anybody I want people to move in with
me oh wait a minute only one person
that would be…… Would it be maybe
indention him to do… And I'm
chilling… EnV a NCHELEM…
enjeancheleme.dot dot

11:38:09 PM

**Elleen Elssa** (+1 (310) 270-7194)

Let me know if you want these people
who caused you all troubles to be with
you
I do not want to mix with them but I am
tired of cleaning up your shit

11:38:11 PM

**Michael Williams** (+1 (415) 290-2209)

TUTU

11:38:31 PM

Don't let all these other people hear
you talk about… "Shit"…

11:39:04 PM

**Elleen Elssa** (+1 (310) 270-7194)

This could have been avoided had you
gotten a simple chest X-ray sooner
now you are in crisis
It was them who prevented you from
getting chest X-ray
Good night Michael
I am done

11:39:37 PM

21 years never seen you drink except
wine and Champaign on weekends

11:43:06 PM

**Michael Williams** (+1 (415) 290-2209)

Good night to you too… .I also… Am…
"Done"… For now… Because it is time
to take another nap

11:44:25 PM

**Elleen Elssa** (+1 (310) 270-7194)

You told the hospital you drink one
glass of wine a week
Yet you keep asking the nurses you
want whisky
Whisky sitting in your room
Go ahead fuck you your perfect case
one more time
In the end you will get noting
Typical you build destroy build destroy
Do go destroy yourself and heave me

11:45:10 PM

Two of the people here are your attorneys plus Jonathan

Plus chuck
Maybe you should look who you text do you can avoid embarrassment          11:45:32 PM

Good bye Michael          11:45:41 PM

How did you know Michael I sent him a text? He called and woke you up and told you to stop me like as if I take orders from you

Wow that such a nice considerate friend          11:59:14 PM

Trust me if I leave you they will bankrupt you in a month and you will be in government housing
Mark my work so stop pushing my buttons

**Monday, November 25, 2019**

Elleen Elssa   (+1 (310) 270-7194)



9:28:12 AM


10:37:15 AM

Elssa Attorney  (+1 (510) 604-0059)

10:38:08 AM

Quinlan Tom  (+1 (510) 316-6249)

10:42:45 AM

Elleen Elssa  (+1 (310) 270-7194)

4:38:36 PM

4:40:11 PM



9:53:15 PM

Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 11.jpeg

9:53:15 PM

+1 (650) 771-8525

9:54:09 PM

Michael Williams  (+1 (415) 290-2209)

9:56:40 PM

+1 (650) 771-8525

9:57:43 PM

Elleen Elssa  (+1 (310) 270-7194)

 10:00:34 PM

Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 12.mov

 ▇▇▇▇▇▇▇▇▇▇ 10:00:34 PM

Elssa Attorney  (+1 (510) 604-0059)

▇▇▇▇▇▇▇▇ 10:02:53 PM

Quinlan Tom  (+1 (510) 316-6249)

 10:03:14 PM

Elleen Elssa  (+1 (310) 270-7194)

▇▇▇▇▇▇ 10:04:07 PM

+1 (650) 771-8525

10:04:31 PM    ▇▇▇▇▇▇▇▇

Michael Williams   (+1 (415) 290-2209)

▇▇▇▇▇▇▇▇ 11:54:13 PM

▇▇▇▇▇ 11:54:24 PM

▇▇▇▇▇▇ 11:54:57 PM

**Tuesday, November 26, 2019**

Elleen Elssa  (+1 (310) 270-7194)

I went to see Michael
I walked in
That girl named Lylee is there eating
some food with strong smell
Some scumbag named knef is on his
way                                              8:50:04 PM

And I said I refuse to mix my life with
them and leaving now
If Michael continues to associate with
them he will be dead in less than a
year                                             8:50:46 PM

They are the worst people            8:51:03 PM

To add insult to injury
He is asking me in front of her "are you
going to give me my fortune before you
leave me"
She is there asking for money        8:54:05 PM

Why are they not there fighting for him
I am the one cleaning up all the mess
for 21 years
This is the last straw

Unless he agrees to cut them off
permanently he will not come home
We are done
He can go to nursing home and die
there

8:57:29 PM

I refuse to mix my life with these
people
They are useless
We have two different world
I am done
He forgets he needs me not the other
way around

Chuck knows how bad of a shape
Michael was when I met him

I got him out offline the mess and if he
thinks he will get a dime of my family's
money he is crazy

As it is I am scared of these gambling
people let alone see them face to face

9:09:19 PM

Last year they took  2.5 million they
caused all sorts of problem
They were getting him drunk
For me this is the end

9:13:19 PM

I should have told valley care to send
him to nursing home with transition to
hospice

9:14:43 PM



9:24:28 PM

Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 13.jpeg

This is the real abusive Michael I was
dealing with

9:24:28 PM



9:29:46 PM



Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 14.jpeg

Look at this crap
The girl is texting me about money
She is there talking about money
She is so inappropriate
This is not the time

9:29:46 PM

A heart disease caused by reckless behavior associating with gamblers and criminals

9:37:19 PM

Let's see how much they like taking care of him without money

9:47:47 PM

What the cardiologist said this morning is what caused the CHF is his reckless lifestyle he adopted the last   1 1/2 years associating with the gamblers and criminals

9:48:57 PM

She is there wanting money and here she is texting me while I am driving in the rain about keeping shady people

9:50:23 PM

If he continues associating with them Michael will be dead in less than a year
He made it clear tonight he has chosen them so good
Luck to him

No point in proceeding with the lawsuit because they will have private investigators and embarks him and that will be the end

9:53:21 PM

They are going to say he continues his reckless behavior do what they did is irrelevant

9:55:16 PM

When Michael almost bled to death that SOB dev was there and left without even saying bye to him the next day he got a text from Chris yet another gambler and he kept calling Jonathan asking if I left the hospital so he could come and get him to sign papers because he was under the impression Michael was dying

9:59:45 PM



Elleen Elssa , Dr. Roland, Quinlan Tom , Elssa Attor \attachment 15.jpeg

10:00:50 PM



Elleen Elssa , Dr. Roland, Quinlan Tom , Elssa Attor \attachment 16.jpeg

10:00:50 PM

Who dies this when someone is in ICU

10:00:50 PM

Dies = does

10:01:36 PM

Same reason why that scumbag Ed came with whisky to get Michael drunk so he can sign documents but it did not work as he planned because they decided to try to discharge him all hell broke lose Ed took off

10:11:17 PM

**Wednesday , November 27, 2019**



Elleen Elssa   (+1 (310 ) 270 -7194 )

I had high hopes that I could convince Michael to go to Boston but Dan Singer whom I trust with my life told him to stay away . Michael and he are best friends since Yale and he said he is even thinking about coming here .

Five minutes ago Michael called me and he wanted to force me to speak with Amos , another gambler . Never met him never talked to him and he gets on the phone and says "forget about everything , forget legal action , you have plenty of money you don't need it, just keep drinking and gambling and enjoy the remaining of your life" and I just terminated the call while he was talking . It just made me sick .

4:14:47 PM

These people are persistent , relentless .

4:16:50 PM

Michael I just got this email .
How dies she know my sister bring a doctor in D .C?
Keep your crazy women Away from me and definitely from my family .

If I send this to my family not only there will be a war , my mother will get a restraining order against you so stop telling people about my family .

5:56:51 PM



5:57:52 PM

Elleen Elssa , Dr. Roland, Quinlan Tom, Elssa Attor \attachment 17.jpeg

You had yourself disrespected you had me disrespected and now my family  ?
If I only had listened to my mother when she warned me about you . That is the biggest regret I have .

5:59:05 PM

How an educated and classy man ended up mixing with these human waste trashes the lowest of the low is amazing

What hurts the mist is that I fight and fight for you and you turn around and do the same but now the lines are crossed

6:26:37 PM

My family comes first before anybody and if you ever dare talking about my

expect me to destroy you Michael  .
Leave my family alone
They don't want to have anything to do
with you so leave them alone  .

Tuesday, January 07, 2020

Elleen Elssa   (+1 (310 ) 270 -7194 )

Please you need to talk to Michael to
stop abusing patients . His behavior is
out of control . He is abusive towards
patients calling them charity cases   ,
useless ,  stupid ,  his time can be spent
better on something else
Today was the worst I saw it when he
was yelling at a patient and her mother

Everyone heard it and The medical
assistants got so scared and called
me. could not even calm him and it got
worse by each minute the mother was
yelling in front of everyone , this is so
bad for him .
The he offered the mother and patients
money in exchange to prevent them
from filing a complaint
He shredded a  23 year old girl it took   2
hours to calm her down

Personally I think Michael need to shut
down, focus on his health and get
psychiatric help  .

I thought he got better but today was
by far the worst                                    2:45:41 PM

Even I was scared                                2:45:52 PM

I just cannot come to work to prevent
pts from filing a complaint against him

One it says all he dies is sit in his fat
ass and the nurses run the show

One said he took his cane and waved
at them trying to hit them
He already has a complaint like this
before the insurance company and now
with medical board                              2:49:15 PM

At some point he has to stop the angry
outburst or I will report him to the
medical boars . He cannot continue
destroying innocent cancer patients
fighting for their life . This us enough .
What I witnessed today is the most
horrifying abuse I have ever seen .

I just got a text from another family
wanting to talk to me about his
behavior                                              2:50:07 PM

Dr. Roland  (+1 (858) 442-8863 )

Not good.  We can chat but it sounds like he needs a shrink  .  Does he have Mets to head ??          2:51:32 PM

Elleen Elssa   (+1 (310) 270-7194 )

No          2:57:39 PM

He pissed off so many people that Medicare is investigating him  .  That is the most horrifying          2:58:25 PM

Maybe he dies he has not had mri of brain          2:59:30 PM

I think what it is is this unless he has brain Mets

Those crooks were telling him that immunogentics .com will be bigger than Facebook and amazon and boosted his ego so high up that he was acting as though he is above mark Zuckerberg and Jeff Bezos and he used to tell the clinic staff "this place is a piece of shit  .  Immunogenetics is going to be so big and lots of money that the clinic money is peanuts" now that he realized those crooks were lying to him to steal his money he is even more angrier  .  Today was the first I was not able to calm him with patients  .  The more I tried the more he kept insulting the patients .          3:08:15 PM

Plus wait time is   2 hours everyday and he just dies not care  .  In the past before he met those crooks our wait time was 15 to 20 the most          3:10:28 PM





          3:32:07 PM

Elleen Elssa , Dr. Roland, Quinlan Tom , Elssa Attor \attachment 18.png

Dr. Roland  (+1 (858) 442-8863)

 Uh o!                                    3:51:33 PM

Elleen Elssa   (+1 (310) 270-7194)

 Every time I type does it gets changed    4:55:12 PM
to dies  ... no idea why