1  Marc G. Cowden SB No. 169391
2  Adam Stoddard SB No. 272691
   ZENERE COWDEN & STODDARD APC
3  2005 De La Cruz Blvd., Suite 240
   Santa Clara, CA 95050
4  (408) 430-3551
5  mcowden@zcslawfirm.com
   astoddard@zcslawfirm.com

6
7  Attorneys for Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey);
   DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA
8  GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; EMILY NITRO,
   R.N. (sued herein as Emily Nitro); THE HOSPITAL COMMITTEE FOR THE LIVERMORE-
9  PLEASANTON AREAS (sued here in as THE HOSPITAL COMMITTEE FOR THE
   LIVERMORE-PLEASANTON AREAS, a California Corporation, dba Stanford Health Care –
10 ValleyCare); STANFORD HEALTH CARE (sued herein as STANFORD HEALTH CARE, a
11 California corporation, dba Stanford Health Care – ValleyCare)

12                       UNITED STATES DISTRICT COURT
13                       NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON, CALIFORNIA; POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA; THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS, a California corporation, dba Stanford Health Care - ValleyCare; STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care - ValleyCare; KATIE EMMET; ANTHONY PITTL; BARRY BOCCASILE; MICHAEL BRADLEY; ARIANNA WELCH FRANGIEH; ANITA GIRARD; MEGHAN CLAIRE RAMSEY; DIANE DEL ROSARIO ESTRADA; EMILY NITRO;<br><br>Defendants. | Case No.: 3:20-CV-08720-WHO<br><br>**ORDER GRANTING MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING)**<br><br>Complaint Filed: December 9, 2020<br>First Amended Complaint: April 20, 2021<br>Second Amended Complaint: April 21, 2021<br>Third Amended Complaint: November 1, 2021<br>Fourth Amended Complaint: March 28, 2022<br><br>Date:  May 10, 2023<br>Time: 2:00 p.m.<br>Location:  Courtroom 2, 17th Floor<br>District Judge William H. Orrick |

ORDER GRANTING MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING) - 1

Defendants MEGHAN RAMSEY, M.D. (sued herein as Meghan Claire Ramsey); DIANE DEL ROSARIO ESTRADA, R.N., (sued herein as Diane Del Rosario Estrada); ANITA GIRARD, C.N.O. (sued herein as Anita Girard); ARIANNA FRANGIEH, R.N.; FRANS HIBMA, R.N. (sued herein as Frans Hibma); EMILY NITRO, R.N. (sued herein as Emily Nitro); THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS (sued here in as THE HOSPITAL COMMITTEE FOR THE LIVERMORE-PLEASANTON AREAS, a California Corporation, dba Stanford Health Care – ValleyCare); STANFORD HEALTH CARE (sued herein as STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare; VALLEYCARE MEDICAL FOUNDATION, INC. (sued herein as VALLEYCARE MEDICAL FOUNDATION, a California corporation) (collectively "Defendants") move for an order of issue, evidence, monetary, and terminating sanctions against Plaintiff, ELLEN WILLIAMS, pursuant to Federal Rules of Civil Procedure Sections 37(b)(2) and 41(b). Good cause having been shown and after full consideration of the moving papers, supporting documents, and the opposing papers and supporting documents, and after full consideration of all oral arguments made, this Court GRANTS Defendants' Motion.

**IT IS HEREBY ORDERED THAT** Defendants' MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING) is GRANTED.

The Court Orders the following:

1. Plaintiff has no evidence that any of the Defendants committed a battery against her and Plaintiff has no evidence to support her malicious prosecution claim;
2. Plaintiff is prohibited from supporting the claims of battery and malicious prosecution, or from introducing evidence in support thereof;
3. The operative Complaint shall be stricken with prejudice against the moving Defendants;
4. The action is dismissed with prejudice in whole against the moving Defendants; and
5. Plaintiff is held in contempt of court for her failure to obey this Court's Order (Dkt. 114);
6. Plaintiff, Ellen Williams, is again prohibited from any direct communication with the defense attorneys in this case;

7. Plaintiff is ordered to pay $2,925.00 as a monetary sanction for failing to Comply with this Court's Order (Dkt. 114), which has necessitated the filing of this Motion. The check shall be paid within 10 days of the date of this order, and made payable to Zenere Cowden & Stoddard APC.

**IT IS SO ORDERED.**

Dated:_____          _____
                                        HONORABLE WILLIAM H. ORRICK

ORDER GRANTING MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING) - 3