JAMES M. BRADEN (State Bar No. 102397)
601 Montgomery Street, Suite 315
San Francisco, CA 94111
Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email: Braden@sf-lawyer.com
Attorney for Plaintiff Ellen Williams

**SABHARWAL LAW OFFICES**
Sunena Sabharwal, SBN 148237
1816 Fifth Street
Berkeley, CA  94710
Telephone (510) 665-8777
Facsimile (510) 665-8778
Email:  sunenas@hotmail.com
Attorneys for ELLEN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON, CALIFORNIA; POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA; THE HOSPITAL COMMITTEE OF THE LIVERMORE-PLEASANTON AREAS, a California corporation, dba Stanford Health Care – ValleyCare; STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare; VALLEYCARE MEDICAL FOUNDATION, a California corporation; KATIE EMMET; ANTHONY PITTL; BARRY BOCCASILE; MICHAEL BRADLEY; ARIANNA WELCH FRANGIEH; ANITA GIRARD; MEGHAN CLAIRE RAMSEY; DIANE DEL ROSARIO ESTRADA; EMILY NITRO; FRANS HIBMA; | Case No.: 3:20-CV-08720-WHO<br><br>DECLARATION OF SUNENA SABHARWAL IN SUPPORT OF OPPOSITION TO MOTION FOR SANCTIONS (ISSUE, EVIDENCE, MONETARY, AND TERMINATING); AND PLAINTIFF'S COUNTER REQUEST FOR ATTORNEY'S FEES. |

Defendants.

I, Sunena Sabharwal, hereby make this declaration based upon my own personal knowledge.  If called to testify, I would testify to the truth of the matters stated herein.

1. I am an attorney duly licensed to practice in the State of California and have been so continuously licensed since 1990.  I am an attorney of record for the plaintiff in this matter.

2. Plaintiff requests sanctions for Defendants' failure to follow the Court's standing orders, failing to meet and confer, making an improper discovery motion, and having no ground for the severe sanctions that they are requesting.  Such sanctions can be imposed pursuant to Rule 37(b).

3. I have expended 5.60 hours in reviewing the motion, research and drafting the opposition papers.   I expect to expend another hour preparing for and attending the hearing.  Plaintiff requests sanctions for six hours of attorney time.  I am paid $500 per hour, which is reasonable for my skill and experience, on this matter, for a total of $3,000 in fees.  I believe that additional sanctions should be imposed, to be paid to the court, for the violation of the Court's standing orders.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Berkeley, California on April 14, 2023.

Dated:  4-13-23                                                                SABHARWAL LAW OFFICES

                                                                                              */s/ Sunena Sabharwal*
                                                                                              Sunena Sabharwal
                                                                                              Attorney for Ellen Williams

2
DECLARATION OF SUNENA SABHARWAL IN OPPOSITION TO MOTION FOR SANCTIONS
Case No.: 3:20-CV-08720- WHO