JAMES M. BRADEN (State Bar No. 102397)
601 Montgomery Street, Suite 315
San Francisco, CA 94111
Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email: Braden@sf-lawyer.com

SUNENA SABHARWAL (SBN 148237)
SABHARWA LAW OFFICES
1816 Fifth Street
Berkeley, CA 94710
(510)665-8777
Email: sunenas@hotmail.com

Attorney for Ellen Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN WILLIAMS, also known as ELLEN GIRMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON, CALIFORNIA; POLICE DEPARTMENT OF THE CITY OF PLEASANTON, CALIFORNIA; THE HOSPITAL COMMITTEE OF THE LIVERMORE-PLEASANTON AREAS, a California corporation, dba Stanford Health Care – ValleyCare; STANFORD HEALTH CARE, a California corporation, dba Stanford Health Care – ValleyCare; VALLEYCARE MEDICAL FOUNDATION, a California corporation; KATIE EMMET; ANTHONY PITTL; BARRY BOCCASILE; MICHAEL BRADLEY; ARIANNA WELCH FRANGIEH; ANITA GIRARD; MEGHAN CLAIRE RAMSEY; DIANE DEL ROSARIO ESTRADA; EMILY NITRO; FRANS HIBMA;<br><br>Defendants. | Case No.: 3:20-CV-08720-WHO<br><br>**DECLARATION OF ELLEN WILLIAMS IN RESPONSE TO ORDER DENYING MOTIONS FOR SANCTIONS AND RESOLVING DISCOVERY DISPUTE ORDER DATED MAY 4, 2023** |

I, Ellen Williams, the Plaintiff, hereby make this declaration based upon my own personal knowledge. If called to testify, I would testify to the truth of the matters stated herein.

I declare as follows pursuant to this Honorable Court's Order of May 4, 2023:

1. First, I would like to make it clear to this Honorable Court that I have always complied with discovery. When my attorney, Mr. James Braden, forwarded discovery to me, it was almost always after the discovery deadline, and then he forwarded them to me with instructions to answer and prepare them in a pleading format. I always complied in less than 30 days. It is only recently I learned that he never reviews my responses or make them code compliant, instead he sits on them and then forwards my answers without any edits to the defense when a motion to compel is filed. Therefore, the failure to comply with discovery is the fault of my attorney, Mr. Braden.

2. Dispute #1.1: Yes, I am claiming income loss and future income loss as a direct result of the mental and physical injury I sustained by all the defendants in this case.

I will appear for 30 minutes deposition as ordered by the Court.

3. Dispute #1.2: Dr. Roland was given the scans of my injuries. He told me that I must have been slammed hard to the floor to sustain that type of injury and that I need at least knee surgery. My attorney, Mr. James Braden, was to retain Mr. Roland as my expert witness, but I recently learned that he did not. Dr. Williams is my husband who has been witnessing my pain since I was beaten by the police based on false information given by the Hospital defendants, and he has been giving me advice on how to deal with my pain. Ms. Kiep is a nurse who has been witnessing my pain since I was beaten by the police based on false information given by the Hospital defendants, and she has been giving me advice on how to deal with my pain.

4.     #2: This Order is unclear to me and I respectfully ask the Honorable Court to give me further clarification in order to comply.

The relevant time frames are about two (2) years. I used at least thirty (30) telephones during those time frames, including, but not limited to, friends and associates telephones because I do not carry cell phone with me all the time. Most of the time, I intentionally leave the cell phone in my car to avoid interruption. I very well may have used someone's cell phone number as I do not remember making calls from my own number. Is the Court asking me to identify over thirty (30) telephones, some of which I do not even remember?

Alameda County District Attorney has over at least fifteen (15) numbers. I do not even remember what number I dialed, when I made the call or whose telephone I used to make the call. All I remember is that when I called, the call was transferred and I spoke with a Jessica Juarez who gave me the relevant information. I have identified the name of the person with whom I spoke, which I otherwise would not have gotten if I had not called. As the Court is aware, the Deputy District Attorney testified in her deposition that she destroyed the file containing the evidence knowing that there is a pending civil action, and, although I am not certain, my criminal defense attorney might have even told her to preserve all evidence. However, she identified Jessica Juarez as being an employee of the District Attorney's office.

Furthermore, my husband is a medical doctor. My husband is not a party to this litigation and his right to privacy as well as those of his patients need to be protected. The business telephone and the cell phone number I use belong to him. I do not have a business so I do not have a business telephone and I do not have my own cell phone number. It is my understanding that disclosing phone numbers of patients without authorization of the patients is a HIPPA violation. There is only one landline that my husband and I use and that too has the issue

of HIPPA since we share the landline. If I do not have my own cell phone number and my own business number, I need clarification what I am supposed to identify. Are my attorneys required to send Notice to Consumer to over 10,000 people to avoid exposing my husband and me to liability?

5.  #3: I will appear for 30 minutes deposition as ordered by the Court.

6.  #4: This Order is unclear to me and I respectfully ask the Honorable Court to give me further clarification in order to comply. I do not have a business and therefore, I do not have employees. The employee who was terminated in 2018, a year and a half **before** the police beating occurred is an employee of Northern California Cancer Center. She was not my employee. The Hospital defendants took her deposition and she testified why she was terminated. Again, my husband is not a party to this litigation and I would like a clarification if this Court is ordering me to give the reason why my husband terminated his employee in 2018. It should be noted that, in the State Case, the Honorable Judge has already indicated that this type of information or information obtained from my former attorney, Mr. Jonathan Rui, will never see the light of day in her Court as long as she is the judge.

The answer is that I do not have an employee. Northern California Cancer Center does and I am not a member, officer or shareholder.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true, correct and complete, and that this Declaration was executed this 9th day of May, 2023, in Dublin, California.

Ellen Williams